IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRHUEB, INC.<br><br>                      Plaintiff,<br><br>v.<br><br>THIAGO SABINO DE FREITAS ABDALA and PRISCILA PATTO<br>                      Defendants. | Civil Action No.: 1:21-cv-07395<br><br>**NOTICE OF APPEARANCE**<br><br>(Electronically Filed) |

      **PLEASE TAKE NOTICE** that Christian A. Stueben hereby appears in the above-captioned case as an attorney of record for Plaintiff, FRHUEB, Inc., and requests that all notices and all papers served or required to be served in this case be given to and served upon the following:

Christian A. Stueben, Esq.
**ARCHER & GREINER, P.C.**
Attorneys At Law
1211 Avenue of the Americas
Suite 2750
New York, New York 10036
Phone: (212) 682-4940
Fax:  (212) 682-4942
Email:  cstueben@archerlaw.com

                                                                     **ARCHER & GREINER, P.C.**
                                                                     Attorneys for Plaintiff


                                                              By: /s/*Christian A. Stueben*
                                                                       Christian A. Stueben

Dated: September 2, 2021