USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRHUEB, INC.,

                              Plaintiff,

        v.

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                              Defendants.

21-CV-7395 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       The Court is in receipt of Plaintiff's Application for a Temporary Restraining Order and an Order to Show Cause for Preliminary Injunction dated October 20, 2021. Dkt. 12.

       Having reviewed the certificate of service attached to Plaintiff's application for emergency relief, Dkt. 12-32, and in light of the absence of any certificates of service with respect to the complaint and summonses, it is not clear to the Court that service has been properly effectuated upon Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.

       Accordingly, Plaintiff is ordered to file a letter with the Court by no later than Monday, October 25, 2021, providing information as well as legal support for the proposition that it has indeed properly served Defendants. The letter should also advise the Court as to whether Plaintiff has had any contact with Defendants regarding this lawsuit.

       Once service has been properly effectuated, the Court will promptly schedule a conference and address the application.

SO ORDERED.

Dated:   October 22, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge