```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRHUEB, INC.,

                            Plaintiff,

            v.

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                            Defendants.

21-CV-7395 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On October 20, 2021, Plaintiff filed a proposed order to show cause for temporary restraint and for a preliminary injunction. Dkt. 12. On October 26, 2021, at the Court's direction, Plaintiff filed affidavits of service confirming that Defendants were properly served with the application for emergency relief. Dkts. 16, 17

    The parties are directed to meet and confer and propose a schedule for the filing of submissions related to the pending request for emergency relief, as well as a proposed date and time for an initial scheduling conference with the Court.

    Plaintiffs are directed to serve this Order on Defendants.

SO ORDERED.

Dated:    October 29, 2021
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge