```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRHUEB, INC.,

                             Plaintiff,

            v.

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                            Defendants.

21-CV-7395 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of Plaintiff's letter filed today. Dkt. 32. It is hereby:

      ORDERED that counsel for all parties appear for a telephone conference on Friday, November 19, 2021 at 10:00 a.m. to discuss scheduling. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:   November 16, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge