```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRHUEB, INC.,

                         Plaintiff,

            v.

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                        Defendants.

21-CV-7395 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the Court's order dated November 22, 2021, Dkt. 37, the initial pretrial conference scheduled for December 3, 2021 is hereby adjourned.

SO ORDERED.

Dated:   November 23, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge