USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

FRHUEB.

                                              Plaintiff,

                            -against-

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                                       Defendants.

21-CV-7395 (RA) (KHP)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Thursday, March 17, 2022 at 2:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **March 10, 2022 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
              December 17, 2021

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge