USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
FRHUEB.

                                  Plaintiff,

          -against-

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                                Defendants.
----------------------------------------------------------------X

**21-CV-7395 (RA) (KHP)**

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A Case Management Conference in this matter is hereby scheduled for **Thursday, December 23, 2021, at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

          **SO ORDERED.**

DATED:     New York, New York
                December 17, 2021

                                                 *Katharine H. Parker*
                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge