USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRHUEB, INC.,

                              Plaintiff,

                v.

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                            Defendants.

21-CV-7395 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that:

    In light of the fact that the motion to disqualify is now before Judge Parker, the December 21, 2021 hearing is hereby adjourned. *See* Docket 37.

SO ORDERED.

Dated:   December 17, 2021
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge