IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRHUEB, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>THIAGO SABINO DE FREITAS ABDALA<br>and PRISCILA PATTO<br>                    Defendants. | Civil Action No.: 1:21-cv-07395 |

**ORDER ENTERING INTERIM RESOLUTION OF PLAINTIFF'S INJUNCTION APPLICATION**

**THIS MATTER**, having been opened to the Court by Counsel for Plaintiff, Archer & Greiner, P.C., for the entry of an Order to Show Cause seeking temporary restraints on Defendants Thiago Sabino De Freitas Abdala and Priscila Patto ("Defendants") based upon the facts set forth in Plaintiff's Memorandum of Law in Support of this Application, Declaration of Rihen Mehta dated October 20, 2021, with exhibits, Declaration of Patrick Papalia dated October 20, 2021, with exhibits, later combined into a temporary injunction and preliminary injunction application, all opposed by Defendants, and Plaintiff and Defendants (collectively, the "Parties") having agreed to an interim temporary and preliminary injunction to facilitate settlement discussions, and the Court having reviewed and approved of the terms of the interim agreement and good cause having been shown;

**IT IS** on this 4th day of January, 2022:

**ORDERED** that:

1. Defendants will not use the terms HUEB NEW YORK, HUEB, FR HUEB, or H Stylized as a trademark in connection with the sale of jewelry for the period of time to March 23, 2022.

2. Defendants are permitted to use Hueb, as their surname along with their names "Thiago" and "Priscila", during the pendency of this order. Thiago and Priscila may represent themselves as "Thiago Hueb" and "Priscila Hueb" but will not use "Hueb" in any other form in connection with the sale of jewelry, during the pendency of this order, and the Defendants shall not create any association or connection between themselves and the Hueb brand.

3. If and when Defendants use the surname Hueb with "Thiago Hueb" and "Priscila Hueb" to conduct business in the jewelry industry during the pendency of this Order, Defendants shall include a disclaimer "Not associated with FR Hueb Inc., H Stylized, or the Hueb brand" and/or clearly associate themselves with another entity, which shall utilize a similar disclaimer. In the event Defendants choose the latter option, the name of the entity they establish shall not contain the word "Hueb."

4. All of the above is in force and effect until March 23, 2022, but subject to the parties' extension and either party may seek a temporary or preliminary injunction from the Court and is entered without prejudice to either party's rights.

_____
Honorable Ronnie Abrams, U.S.D.J