```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRHUEB, INC.

                                       Plaintiff,     21-CV-7395 (RA) (KHP)

      -against-     **ORDER**

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                                   Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during today's Case Management Conference, the Court orders the following:

- Defendants shall provide a copy of their proposed amended pleading to Plaintiff by **February 10, 2022.** By **February 17, 2022**, the parties shall file a joint letter indicating whether Plaintiff consents to the filing of the amended pleading, and if Plaintiff opposes, the parties shall propose a briefing schedule for the Court's consideration.

- The parties shall complete fact discovery by **August 31, 2022.**

- The parties shall file a joint status letter by **March 7, 2022**. The parties are reminded that they must meet and confer in good faith to resolve any issues prior to raising them with the court and follow the Court's rules when requesting court intervention.

        **SO ORDERED.**

DATED:     New York, New York
              February 3, 2022

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge