# EXHIBIT 5

## Memorandum of Understanding

This memorandum of understanding, the MOU, is made on this day the 4th day of March, 2018, by and between:

First Party: Rihen Harshad Mehta, holder of passport number Z2663325, residing in Dubai, UAE, and referred to hereafter as the First Party.

And

Second Party: Thiago Abdala, holder of Passport number YB 576072, residing at New York, USA and referred to hereafter as the Second Party.

Preamble:

Whereas the First and the Second Parties are the shareholders of FR HUEB INTERNATIONAL LIMITED (hereafter called the "company") an offshore company incorporated in Jebel Ali Free Zone under the registration number 145424 pursuant to the Memorandum of Association executed before the Jebel Ali Free Zone Authority on the 25/4/2011.

Whereas, the share capital of the Company is AED 100,000 divided into 100 shares of AED 1,000 each; and

Whereas each of the First Party and the Second Party are the holders of 50 shares in the Company, out of the total of 100 shares; and

Whereas the Second party's withdrawals and share of loss in company was $ 3.8 Mn as of December 31st, 2015 ("Dues"). This loss was funded by First party and/or other entities owned by the First party,

In view of the above, the second party agrees to transfer 38% of his shares in the company (hereinafter, "collateral") to the First party as security, to be held until the end of December 31, 2019, BEFORE WHICH an initial divestment of at least 10% would be effected to establish the valuation of the company. Based on the valuation of shares at that point, shares to the extent of 3.8 Million USD (less any amount paid by the Second party to reduce the Dues) worth would be retained from the collateral by the First Party and the remaining, if any, would be transferred back to the Second Party;

It IS also agreed that should the value of the company be such that this "collateral" was not sufficient to cover the payable of 3.8 Million USD by the Second party to the First Party, then the Second party would make good the difference by way of additional shares or funds.

Accordingly, both parties herein agree that shareholding shall be reworked based on the above at the end of December 2019 or at the point of divestment, whichever is earlier.

However, for the period January 1st, 2016 until December 31st, 2019, the share of profit and loss in the company shall continue to remain at the ratio of 50:50, respectively,

Now therefore, in consideration of the mutual understanding of which sufficiency has been acknowledged, the parties hereto agree to the following:

Article 1:

The above preamble is considered an integral and substantial part of this MOU according to which the provisions of this MOU shall be understood and applied.

Article 2:

The parties hereto release each other from all claims and liability in relation to any action or transaction made prior to the date of this agreement.

Article 3:

This MOU is made in two same copies, each party has signed and kept a copy.

In witness whereof, the parties hereto have agreed to be bound by the above terms and conditions.

First Party:

*[signature]*
4/3/18

Second Party:

*[signature]* DAZOALA
04/03/18