IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRHUEB, INC.<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THIAGO SABINO DE FREITAS ABDALA<br>and PRISCILA PATTO<br>　　　　　　　　　Defendants. | Civil Action No.: 1:21-cv-07395 |

## ORDER ENTERING INTERIM RESOLUTION OF PLAINTIFF'S INJUNCTION APPLICATION

**THIS MATTER**, having been opened to the Court by Plaintiff and Defendants (collectively, the "Parties"), jointly seeking a 30-day extension of the interim resolution of Plaintiff's injunction application which was approved by the Court on January 4, 2022 ("Interim Resolution"), and having found that the Interim Resolution expressly stated that it could be extended upon agreement of the Parties, and the Court having approved and good cause having been shown;

**IT IS** on this __21st__ day of March 2022:

**ORDERED** that:

　　　1.　　The provisions of the Interim Resolution hereby are extended and the new expiration date is April 23, 2022, as per the agreement of the Parties.

   2. The hearing on Plaintiff's injunction application, currently set for March 23, 2022, will be adjourned until <u>  at 11:00 a.m.  </u>, which is on or prior to April 23, 2022.

April 21, 2022

                _____
                Honorable Ronnie Abrams, U.S.D.J
                March 21, 2022