USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __04/05/2022__

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

FRHUEB INC.

                         Plaintiff,

    -against-                              21 Civ. 7395 (RA)

                                         **ORDER FOR ADMISSION**
                                         **PRO HAC VICE**

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO

                             Defendants.

        The motion of Ethan Barr for admission to practice Pro Hac Vice in the above captioned

action is granted.

        Applicant has declared that he is a member in good standing of the bar of the

District of Columbia; that his contact information is as follows:

        Applicant name: Ethan Barr
        Firm: Lutzker & Lutzker LLP
        Address: 1233 20th Street, NW Suite 703
        City/State/Zip: Washington, DC 20036
        Telephone/Fax: 202-408-7600/202-408-7677

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Thiago Sabino De Freitas Abdala and Priscila Patto in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Date:   **04/05/2022**
                                       *Kathaine H Parker*

                                        United States District/Magistrate Judge