```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRHUEB, INC.,

                Plaintiff,

      v.

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                Defendants.

21-CV-7395 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a telephone conference on Monday, June 20, 2022 at 11:00 a.m. to address the temporary injunctive relief Plaintiff requests. If Defendants intend to respond in writing prior to the conference, they shall do so by June 20, 2022 at 10:00 a.m. The parties shall use the following dial-in information to access the TRO conference: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    The Court will address Plaintiff's motion for a preliminary injunction and to enforce the interim injunction on Friday, June 24, 2022 at 1:15 p.m. The hearing will be conducted via Microsoft Teams videoconference. Any response to Plaintiff's recent submission shall be filed by June 22 at 12:00 p.m., and any reply shall be filed by June 23 at 12:00 p.m.

    The Court will provide the parties with the Microsoft Teams link prior to the preliminary injunction conference. Members of the public may access the conference by using the following dial-in information: (646) 453-4442; Access Code: 631 980 185.

SO ORDERED.

Dated:    June 17, 2022
             New York, New York

                                                  Ronnie Abrams
                                                  U.S. District Judge