```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRHUEB.

                          Plaintiff,

      -against-

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                        Defendants.
----------------------------------------------------------------X

21-CV-7395 (RA) (KHP)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A telephonic settlement conference in this matter to discuss issues raised in the recent motion for injunctive relief is scheduled for **Thursday, June 30, 2022 at 11:45 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.

**Please dial (866) 434-5269, Access code: 4858267.**

    SO ORDERED.

DATED:    New York, New York
             June 21, 2022

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge