```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRHUEB, INC.,

                    Plaintiff,

      v.

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                    Defendants.

21-CV-7395 (RA)(KHP)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the fact that Judge Parker has scheduled a conference for June 30, 2022, this Court's conference to address Plaintiff's motion for a preliminary injunction and to enforce the interim injunction previously scheduled for June 24, 2022 is hereby adjourned to July 5, 2022 at 3:00 p.m. The parties shall advise the Court as to whether they would prefer to appear remotely or in person.

SO ORDERED.

Dated:     June 22, 2022
             New York, New York

                                                      _____
                                                      Hon. Ronnie Abrams
                                                     U.S. District Judge