

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 8/30/2022

**Patrick Papalia**
*Member of New Jersey, New York and Washington DC Bars*
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
ppapalia@archerlaw.com
201-498-8504 Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-4940 Main
856-795-0574 Fax
www.archerlaw.com

August 29, 2022

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re: **Adjournment of Briefing Schedule**
>
> **FRHUEB, Inc., v. De Freitas Abdala, et al.**
> **Civil Action No. 1:21-cv-07395 (SDNY)**

> **Application Granted.** As this action is referred to me for general pretrial supervision, the parties are reminded to address scheduling matters to the undersigned.
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE    8/30/2022

Dear Judge Abrams:

This firm represents Plaintiff FRHUEB, Inc. ("Plaintiff") relative to the above-captioned matter. Due to a medical emergency of an attorney working on this matter with me, I am respectfully requesting a brief adjournment of the briefing schedule to the motion to stay the matter for eleven (11) days as follows: Opposition due from 9/1/22 to 9/12/22 and any time for a reply will be due as provided for under the rules. I have obtained the consent of my adversary, Jeannette Carmadella, Esq., with respect to this adjournment request.

Thank you for your courtesies in considering this request.

Respectfully submitted,

*Patrick Papalia*
PATRICK PAPALIA

PP/js

cc: Jeannette Carmadella, Esq. (Via ECF)