```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRHUEB, INC.,

                       Plaintiff,

      v.

THIAGO SABINO DE FREITAS
ABDALA, PRISCILA PATTO,

                       Defendant.

21-CV-7395 (RA)(KHP)

ORDER

RONNIE ABRAMS, United States District Judge:

    By Order dated July 6, 2022, the Court directed the parties to submit a joint letter by September 6, 2022 in advance of the October 5, 2022 preliminary injunction hearing. The Court is not in receipt of said letter. The parties shall file a joint letter by no later than September 9, 2022 advising as to whether they intend to proceed with the preliminary injunction hearing, or if they intend to extend the interim injunction set to expire on October 5, 2022 until after Judge Parker issues a decision on Defendants' motion to stay.

    If the parties intend to proceed with the preliminary injunction hearing on October 5, 2022, they shall file the joint letter described in the Court's July 6, 2022 Order and copies of each of the parties' exhibits by no later than September 14, 2022.

SO ORDERED.

Dated:    September 7, 2022
               New York, New York

                                                     Ronnie Abrams
                                                     United States District Judge