UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRHUEB, INC.,

                           Plaintiff,

          -against-

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                           Defendants.
-----------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023**

**21-CV-7395 (RA) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the April 24, 2023 case management conference, Defendants shall provide Plaintiff with documentation regarding discovery disputes, and the parties shall meet and confer.  By **May 24, 2023**, the parties shall write a joint status letter to the Court.

      The fact discovery deadline in this case is **October 31, 2023**.

      In light of the parties' representation on the record that they withdraw claims and counterclaims asserted against additional parties at ECF No. 138 and ECF No. 143, the parties shall file a stipulation of voluntary dismissal by **May 1, 2023**.

      **SO ORDERED.**

DATED:    New York, New York
              April 25, 2023

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge