```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRHUEB, INC.,

                                  Plaintiff,              21-CV-7395 (RA) (KHP)

          -against-                         ORDER SCHEDULING SETTLEMENT
                                                                        CONFERENCE

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Wednesday, August 9, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Updated pre-conference submissions must be received by the Court no later than **August 2, 2023 by 5:00 p.m.**

         SO ORDERED.

DATED:       New York, New York
                  April 25, 2023

                                                              _Katharine H. Parker_
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge