```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FRHUEB, INC.,

                                    Plaintiff,                    21-CV-7395 (RA) (KHP)

                    -against-                                     ORDER

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                                    Defendants.
---------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the November 7, 2023 case management conference, Defendants shall provide the following to Plaintiff by **Thursday, November 30, 2023:**

- Plaintiff's tax returns for 2021 and 2022, which may redacted except for the front page containing total revenues, total deductions (line item 26), the signature page, and any schedules that show the operating expense of the business;

- Bank records reflecting all transactions between FRHUEB Inc. and FRHUEB International from 2019 to the present, pursuant to the underlying licensing agreement;

- Bank records from 2019 to the present for the account associated with the check produced by Plaintiff in response to Defendant's Request No. 4.

Further, the parties shall have until **Thursday, December 7, 2023** to submit a joint status letter to provide an update to the Court on the progress of discovery and outstanding discovery issues.

**SO ORDERED.**

DATED:   New York, New York
         November 8, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

2