**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRHUEB, INC.,

                      Plaintiff,                      21 **CIVIL** 7395 (MMG)

      -against-                            **<u>JUDGMENT</u>**

THIAGO SABINO DE FREITAS ABDALA and
PRISCILA PATTO,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2025, the Court adopts the Report & Recommendation IN ITS ENTIRETY. Accordingly, Defendants' motion for summary judgment is GRANTED in its entirety, and Plaintiff's motion is GRANTED in part and DENIED in part, as further set forth in Judge Parker's Report & Recommendation. Plaintiff's Complaint is DISMISSED with prejudice and Defendants' Counterclaims 18 and 10 are DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 209 and 210. IT IS FURTHER HEREBY ORDERED that the parties shall submit a joint letter within 14 days proposing next steps for this case, including whether Defendants intend to pursue their remaining counterclaim (Counterclaim 9, asserting a violation of the right of publicity under New York law). If this case has been settled or otherwise terminated before that date, counsel are not required to submit such a letter, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference,

using the appropriate ECF Filing Event. See SDNY ECF Rules & Instructions §§ 13.17-13.19 &

App'x A, available at https://www.nysd.uscourts.gov/electronic-case-filing.

**Dated:**  New York, New York

      March 25, 2025

|  |  |
|---|---|
|  | **TAMMI M. HELLWIG** |
|  | **Clerk of Court** |
| **BY:** | _[signature]_ |
|  | **Deputy Clerk** |