```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRHUEB.

                                    Plaintiff,                  21-CV-7395 (MMG) (KHP)

      -against-                                    **ORDER**

THIAGO SABINO DE FREITAS ABDALA
and PRISCILA PATTO,

                                Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       Having been informed that a settlement conference would not be productive at this time, the Court will not schedule one. If the parties' positions change, they should file a letter with the court requesting that a settlement conference be scheduled.

       **SO ORDERED.**

DATED:    New York, New York
              May 30, 2025

                                                    */s/ Katharine H. Parker*
                                                _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge