```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRHUEB, INC,

            Plaintiff,

-against-

THIAGO SABINO DE FREITAS ABDALA and
PRISCILA PATTO,

            Defendants.

21-CV-07395 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Court previously granted Defendants' request for discovery related to Counterclaim 9, subject to the limitations discussed on the record at the May 13, 2025, conference. *See* Dkt. No. 235. To avoid wasteful expenditures, the Court ordered that discovery would not commence until the parties had participated in a settlement conference before Judge Parker. *See id.* Judge Parker subsequently declined to schedule the settlement conference after meeting with the parties and determining that a full settlement conference would not be productive. *See* Dkt. No. 241. Accordingly, the parties shall commence with the limited discovery as to Counterclaim 9 as outlined and approved by the Court at the May 13, 2025, conference.

    It is ORDERED that all discovery, both fact and expert, shall be completed by **August 8, 2025**. The parties shall meet and confer regarding interim discovery deadlines and need only involve the Court in that schedule if disagreement precludes the completion of all discovery by August 8.

    It is further ORDERED that the jury trial on Counterclaim 9 shall begin on **Tuesday, September 16, 2025**. The schedule for pre-trial materials, motions, and appearances shall be as follows:

- *Daubert*-related motions shall be due no later than **August 19, 2025**;
- The parties' Joint Pretrial Order and any additional motions *in limine* shall be due no later than **August 26, 2025**;
- The parties' joint proposed *voir dire* questions, requests to charge, and verdict sheet shall be due no later than **September 2, 2025**;
- The parties shall appear for an in-person Final Pretrial Conference on **Tuesday, September 9, 2025, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York;
    - The parties shall arrange for their technology walkthrough to take place just before or after the Final Pretrial Conference; and
- The parties shall deliver hard copies and electronic copies of their exhibits and exhibit lists to the Court no later than **September 12, 2025**.

Counsel are referred to the Court's Individual Rules & Practices for Civil Trials and are expected to ensure that the pre-trial filings above comply with those Rules. The Court shall treat the trial date and related dates and deadlines as **firm** and will not adjourn them, absent extenuating circumstances that could not have been anticipated as of the date of this Order.

Dated: June 6, 2025
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge