USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRHUEB, INC,

                    Plaintiffs,

        -against-

THIAGO SABINO DE FREITAS ABDALA and
PRISCILA PATTO,

                    Defendants.

21-CV-07395 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The only remaining issue in this case is a right-of-publicity counterclaim by Defendant/ Counterclaim-Plaintiff Priscila Patto. That matter had been set for trial before a jury in the fall of 2025. However, on October 16, 2025, the Court granted the motion of Daniel A. Schnapp and Mary Kate Brennan to withdraw as counsel for Ms. Patto and her husband, Defendant Thiago de Freitas Abdala. The Court ordered that if Ms. Patto did not retain new counsel by December 16, 2025, she was to submit a letter to the Court by that date, either requesting additional time to secure counsel or advising the Court that she wishes to proceed pro se with respect to trial on the sole remaining cause of action in this case.

On December 12, 2025, Ms. Patto sent an email to the Court's chambers inbox, advising that she had not yet secured replacement counsel, but that she was "actively engaged" in such efforts and expected to have counsel if she was granted an additional 45 days. First, outside of special circumstances requiring the discussion of privileged or confidential information, any communication with the Court should be made via a letter filed on the public docket of this case, rather than by email. Ms. Patto may contact the Southern District of New York Pro Se Intake

1

Unit at (212) 805-0175 for more information regarding the procedures for filing documents with the Court.

However, considering Ms. Patto's present pro se status, the Court will grant the requested extension. By no later than **January 30, 2026**, if new counsel has not entered an appearance for Ms. Patto, she shall file a letter on the docket advising the Court whether she wishes to proceed to trial representing herself, or whether she instead intends to dismiss the remaining counterclaim and bring this case to a close. **No further extensions will be granted.** This case has already been pending for well over four years and cannot remained paused indefinitely. If no counsel has appeared and the Court has not heard from Ms. Patto by January 30, the Court will deem her remaining claim abandoned and dismiss it without further notice to any party.

The Court will serve this Order on Ms. Patto by email at the address provided by prior counsel and where she has been communicating with the Court.

Dated: January 13, 2026
     New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge

2