UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRHUEB, INC,

                    Plaintiff,

          -against-

THIAGO SABINO DE FREITAS ABDALA and
PRISCILA PATTO,

                    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2026

21-CV-07395 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On February 6, 2026, the parties appeared before the Court for a status conference to discuss the resumption of proceedings following the withdrawal of counsel for Defendant/ Counterclaim-Plaintiff Priscila Patto, who is now proceeding *pro se* with respect to Counterclaim 9, the only remaining cause of action in this case. The Court proposed a trial date of June 9, 2026, and ordered the parties to advise the Court within one week whether they and any anticipated witnesses would be ready and available for a trial beginning on that date. Separately, the Court informed Ms. Patto that she has the option to waive her right to a jury trial and elect to resolve her counterclaim in a bench trial.

On February 12, 2026, counsel for Plaintiff/Counterclaim-Defendant confirmed to the Court via email that the proposed trial date is acceptable to all parties and that Ms. Patto has elected to proceed with a jury trial.

Accordingly, it is hereby ORDERED that a jury trial on Counterclaim 9 shall begin on **Tuesday, June 9, 2026**. The schedule for pre-trial materials, motions, and appearances shall be as follows:

- *Daubert*-related motions, if any, shall be due no later than **May 5, 2026**;
- The parties' Joint Pretrial Order and any additional motions *in limine* shall be due no later than **May 12, 2026**;
- The parties' joint proposed *voir dire* questions, requests to charge, and verdict sheet shall be due no later than **May 19, 2026**;
- The parties shall appear for an in-person Final Pretrial Conference on **Tuesday, May 26, 2026, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York;
  - The parties shall arrange for their technology walkthrough to take place just before or after the Final Pretrial Conference; and
- The parties shall deliver hard copies and electronic copies of their exhibits and exhibit lists to the Court no later than **June 2, 2026**.

Counsel and Ms. Patto are referred to the Court's Individual Rules & Practices for Civil Trials and are expected to ensure that the pre-trial filings above comply with those Rules. The

Court shall treat the trial date and related dates and deadlines as **firm** and will not adjourn them, absent extenuating circumstances that could not have been anticipated as of the date of this Order.

Dated: February 17, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge