USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRISCILA PATTO HUEB,

Plaintiffs,

-against-

FRHUEB, INC.,

Defendants.

21-CV-07395 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Trial in this matter concluded on June 15, 2026. Attached to this Order are the following Court Exhibits from the trial:

- Court Exhibit 1, which is Plaintiff's peremptory strike list from June 9, 2026, and is filed **under seal**;
- Court Exhibit 2, which is Defendant's peremptory strike list from June 9, 2026, and is filed **under seal**;
- Court Exhibit 3, which is the parties' revised Joint Stipulation of Facts agreed to on the record on June 9, 2026, and which was read to the jury on the record on June 10, 2026;
- Court Exhibit 4, which is the draft jury questionnaire reviewed on the record at the Final Pre-Trial Conference on May 26, 2026;
- Court Exhibit 5, which is the questionnaire used by the Court during *voir dire* on June 9, 2026;
- Court Exhibit 6, which is the draft jury charge that was distributed to the parties and considered at the charge conference held on the record on June 12, 2026;
- Court Exhibit 7, which is the final jury charge that was provided to the jury and delivered orally on the record in part on June 12, 2026, and in part on June 15, 2026;
- Court Exhibit 8, which is a draft verdict form that was distributed to the parties and considered on the record on June 15, 2026;
- Court Exhibit 9, which is an alternative verdict form proposed by FRHueb, Inc. on June 14, 2026;
- Court Exhibit 10, which is the final verdict form that was reviewed by counsel and then provided to the jury for their use during deliberations, both on June 15, 2026;

- Court Exhibit 11, which is the consolidated exhibit list considered on the record on June 15, 2026 and provided to the jury for use during deliberations;
- Court Exhibit 12, which is a stipulation the parties agreed to on the record and read to the jury, both on June 10, 2026, to accompany Plaintiff's Exhibit 16-A.
- Court Exhibits 13–14, which are two notes from the jury to the Court. The Court's response is on the record on June 15, 2026.
- Court Exhibit 15, which is the jury's verdict sheet.

Because Plaintiff in this matter is *pro se*, during the weeks immediately preceding the trial, the Court accepted a number of email submissions from the parties on matters then in dispute. The Court has preserved those emails in the event they are needed for any future proceedings.

Dated: July 9, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge